IN THE UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Trevor Ibach, | ) | C/A No. 2:24-cv-02573-RMG-WSB |
| Plaintiff, | ) | |
| Versus | ) | |
| Charleston County Sheriff's Office; Kristen Graziano, in her individual and official capacity; Nicholas Vecchione, in his individual and official capacity, Robert Wright, in his individual and official capacity, Steve Meade, in his individual and official capacities, William Hall, in his individual and official capacities, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, and John Doe 6, all Charleston County Sheriff's Deputies, in their official and individual capacities, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Trevor Ibach, hereby agrees and consents to the DISMISSAL of his complaint, <u>with prejudice</u>, against <u>all</u> Defendants in the above-captioned matter with each party to bear its own attorney's fees and costs.

**I SO MOVE:**                                    **I SO CONSENT:**

s/ *G. Wade Cooper*                               *s/ Daniel Summa*
G. Wade Cooper (Fed ID # 7869)                    Daniel Summa (Fed ID # 13637)
Buyck Law Firm, LLC                               Summa Law Firm, LLC
P.O. Box 2424                                     3 Broad St, #301
Mt. Pleasant, SC 29465-2424                       Charleston, SC 29401

*Counsel for the Defendants*                      *Counsel for the Plaintiff*

Dated: December 2, 2024

1